IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BAUTISTA TOLEDO-RAMIREZ, ,<br><br>   Defendant. | CRIMINAL ACTION NO.<br>1:20-cr-00233-2-SDG-LTW |

## **FINAL REPORT AND RECOMMENDATION**

Defendant Bautista Toledo-Ramirez filed three unperfected motions ([Docs. 268, 269, 271]) and a Motion for Speedy Trial ([Doc. 305]). For the following reasons, the undersigned **RECOMMENDS** that those Motions ([Doc. 268, 269, 271, 305]) be **DENIED**.

Toledo-Ramirez filed a Motion for Bill of Particulars ([Doc. 268]), a Motion to Suppress ([Doc. 269]), and a Motion to Dismiss/Sever ([Doc. 271]). During a hearing on May 26, 2021, the undersigned took the motions under advisement and directed the Defendants to perfect their motions. [Doc. 291]. Toledo-Ramirez failed to do so and as such has abandoned those motions. Last, Toledo-Ramirez also filed a Motion for Speedy Trial, asking that this case be set for trial. [Doc. 305]. That Motion is moot because the case has since been set for trial. [Doc. 311].

For the foregoing reasons, the undersigned **RECOMMENDS** that the Defendant Toledo-Ramirez's Motions ([Doc. 268, 269, 271, 305]) be **DENIED**. There are no other pending matters pending before the Magistrate Judge with respect to Defendant Toledo-Ramirez, and the undersigned is aware of no problems relating to the scheduling of this case. **IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendant Toledo-Ramirez is declared Ready for Trial.

**SO ORDERED, REPORTED, AND RECOMMENDED**, this  8   day of December, 2021.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE