IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BAUTISTA TOLEDO-RAMIREZ<br>Defendant. | Criminal Action No.<br>1:20-cr-233-SDG-LTW-2 |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge Linda T. Walker [ECF 370], which recommends that Defendant's three unperfected motions [ECFs 268, 269, 271] and Motion for Speedy Trial [ECF 305] be DENIED. Defendant did not file objections to the Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court **ADOPTS** the Report and Recommendation [ECF 370] as the order of this Court.

**SO ORDERED** this 2nd day of March, 2022.

_____
Steven D. Grimberg
United States District Court Judge